IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KAREN WERTZ | ) | Case Number 99-35900 |
| *Debtor* | ) | |
| | ) | |
| | ) | Converted Chapter 7 |
| AARON HARDISON | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Adversary No. 04-3307 |
| | ) | |
| KAREN WERTZ | ) | |
| *Defendant* | ) | |

**DEFENDANT'S ANSWER
TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Comes now the Debtor, Karen Wertz, by counsel, and for her Answer and Counterclaim to the Complaint filed by Plaintiff, Aaron Hardison, she respectfully submits the following:

**ANSWER**

1. With regard to Plaintiff's paragraph 1, repeating and reiterating averments contained in the Plaintiff's Complaint, to the extent they have been previously ADMITTED, they are ADMITTED, and to the extent that they have been previously DENIED, they are DENIED.

2. With regard to the averments contained in Plaintiff's paragraphs 2, it is ADMITTED to the extent it states "said debts should be dischargeable" and DENIED to all other averments, including the reference to the non-existent statute.

3. With regard to the averments contained in Plaintiff's paragraphs 2, it is ADMITTED to the extent it states "said debts should be dischargeable" and DENIED to all other averments, including the reference to the non-existent statute.

4. Any averment not specifically treated herein is hereby DENIED.

5. Defendant incorporates by reference its previously filed Answer.

Respectfully submitted,

/s/ Golden
Matthew J. Golden
NABER, JOYNER & SCHARDEIN
2450 Meidinger Tower
462 South Fourth Avenue
Louisville, Kentucky 40202
(502) 583-3081

## **CERTIFICATION**

It is hereby certified by the foregoing attorney that a copy hereof as well as any attachments hereto were served by mail or electronically on this the 2nd day of January, 2005, to:

Randy Shearer, Trustee, electronically

Joseph Elder, electronically

/s/ Golden
Matthew J. Golden